Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 26 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUCASFILM LTD., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHEPPERTON DESIGN STUDIOS LIMITED, a United Kingdom company incorporated in England, ANDREW AINSWORTH, an individual, and DOES 1 through 10, both inclusive,<br><br>Defendants. | Case No. CV05-3434 RGK (MANx)<br><br>[PROPOSED] JUDGMENT<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

37

1  **JUDGMENT**

2  The defendants having been duly served with a copy of the Summons and
3  Complaint and a copy of the Summons and First Amended Complaint in this action,
4  and having failed to appear and their default having been entered by the Clerk of this
5  Court pursuant to the Order entered in this action on March 2, 2006, and having been
6  served with plaintiff Lucasfilm Ltd.'s Motion for entry of a default Judgment and
7  supporting papers, and the Court, the Honorable R. Gary Klausner, United States
8  District Judge, presiding, having considered the evidence and applicable law and
9  entered the Court's Order granting plaintiff Lucasfilm Ltd.'s Motion,

10  IT IS ORDERED AND ADJUDGED that plaintiff Lucasfilm Ltd. shall have and
11  recover from defendants Shepperton Design Studios Limited and Andrew Ainsworth,
12  jointly and severally, the following sums:

13  1.  On the First Claim for Relief for copyright infringement, actual
14  damages *and profits* in the amount of $ 5,000,000.

15  2.  On the Second, Third and Fourth Claims for relief for unfair
16  competition under the Lanham Act, trademark infringement and unfair
17  competition under State law, $ 5,000,000 in compensatory damages;

18  3.  On the Second and Third Claims for unfair competition and
19  trademark infringement under the Lanham Act, an additional $ 10,000,000 to
20  treble the compensatory damages awarded on those claims;

21  4.  On the Fourth Claim for unfair competition under State law,
22  $ 0 in punitive damages;

23  
24  

25  IT IS FURTHER ORDERED AND ADJUDGED that defendants, and each of
26  them, are directed to deliver forthwith to plaintiff for destruction or other disposition,
27  each and all of the following to the extent in the possession, custody or control of
28  defendants, or any of them: (1) all infringing copies and reproductions of plaintiff

Lucasfilm Ltd.'s *Star Wars* Stormtrooper characters, including the helmets and body armor depicted in plaintiff's copyrighted *Star Wars* artwork and motion pictures; (2) all infringing copies and reproductions of plaintiff's *Star Wars* TIE fighter pilot characters, including helmets and body armor, depicted in plaintiff's copyrighted *Star Wars* artwork and motion pictures; and (3) all molds, copies and materials used in the making, packaging, advertising, promotion, marketing and/or exploitation of infringing copies or reproductions of plaintiff's *Star Wars* characters depicted in said copyrighted works.

      IT IS FURTHER ORDERED AND ADJUDGED that defendants, and each of them and their respective officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise, are permanently enjoined from (1) copying or otherwise reproducing plaintiff Lucasfilm Ltd.'s *Star Wars* Stormtrooper characters, including the helmets and body armor depicted in plaintiff's copyrighted *Star Wars* artwork and motion pictures; (2) copying or otherwise reproducing plaintiff's *Star Wars* TIE fighter pilot characters, including helmets and body armor, depicted in plaintiff's copyrighted *Star Wars* artwork and motion pictures; (3) preparing derivative works based upon said copyrighted works or the Stormtrooper or TIE fighter pilot characters depicted therein; (4) importing into the United States reproductions of plaintiff's *Star Wars* characters depicted in said copyrighted works, or any other tangible objects that are substantially similar to plaintiff's *Star Wars* characters depicted in said copyrighted works (which provision of this Judgment shall be enforced by, without limitation, the United States Customs Service); (5) licensing or authorizing, or purporting to license or authorize, the creation, marketing, sale or distribution of reproductions of plaintiff's *Star Wars* characters depicted in said copyrighted works, or any other tangible objects that are substantially similar to plaintiff's *Star Wars* characters depicted in said copyrighted works; (6) marketing or distributing to the public, directly or through the Internet, by sale or other transfer of

3

ownership, or by rental, lease or lending, images or tangible objects that are substantially similar to plaintiff's *Star Wars* characters depicted in said copyrighted works; (7) publicly displaying on the Internet or elsewhere images or tangible objects that are substantially similar to plaintiff's *Star Wars* characters depicted in said copyrighted works; (8) copying or otherwise using on articles or items plaintiff's Imperial logo or other marks or any marks confusingly similar thereto; (9) offering, selling, marketing or distributing, through the Internet or otherwise, any articles or items bearing plaintiff's Imperial logo or other marks or any marks confusingly similar thereto; (10) using, on the Internet or elsewhere, plaintiff's Imperial logo or other marks, or any marks confusingly similar thereto, in connection with the offer, sale or provision of any services; (11) using in connection with any goods or services, or in commercial advertising or promotion, on the Internet or elsewhere, any statement or representation that defendants, or either of them, are the original designers or creators of characters or items depicted in plaintiff's *Star Wars* movies; and/or (12) authorizing others to do any of the above acts.

Dated: SEP 26 2006

_____
Honorable R. Gary Klausner
United States District Judge

Submitted by:
Peter J. Anderson, Esq., SBN 088891
E-mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard
Suite 2010
Santa Monica, CA 90401

Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Plaintiff
LUCASFILM LTD.

|   |   |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | <u>STATE OF CALIFORNIA, COUNTY OF LOS ANGELES</u> |

I am employed in the County of Los Angeles, State of California, and my business address is 100 Wilshire Boulevard, Suite 2010, Santa Monica, CA 90401. I am over the age of 18 and not a party to this action.

On August 21, 2006, I served the foregoing document described as **[*PROPOSED*] JUDGMENT**, on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at Santa Monica, California, addressed as follows:

William L. Robinson, Esq.
Lori A. Winfree, Esq.
Nixon Peabody LLP
2040 Main Street
Suite 850
Irvine, CA 92614

[X]  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Correspondence for mailing is deposited with the United States Postal Service on that same day in the ordinary course of business. The foregoing document was sealed and placed for collection and mailing on the foregoing date, following the firm's ordinary practices. I am aware that on motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

[ ]  I caused such document to be delivered by hand to the offices of the addressee.

[ ]  I placed such envelope in a box or other facility regularly maintained by Federal Express, in an envelope or package designated and provided by Federal Express, with delivery fees paid or provided for, addressed to the above-indicated addressees.

[ ]  I also caused a copy of the foregoing document to be faxed to the addressee.

Executed on August 21, 2006 at Santa Monica, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____